IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLOTTE BROWN, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>TUCSON UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | No. CV 04-586-TUC-RCC<br><br>**ORDER**<br>**RE: Report and Recommendation** |

On October 4, 2006, the Honorable Jennifer C. Guerin, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") (Docket No. 50) in this action. On December 11, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B) both the Defendant and the Plaintiff filed simultaneous Objections (Docket Nos. 65 & 66) to the Recommendation. The Recommendation advised the Court to enter an Order granting in part and denying in part the Defendant's motion for summary judgment.

The Court considers the Recommendation to be thorough and well-reasoned. After a thorough and *de novo* review of the record, the Court will adopt the Recommendation of the Magistrate Judge.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Docket No. 50) is **ADOPTED** as the Opinion of the Court.

1  **FURTHER, IT IS ORDERED** that Defendant's Motion for Summary Judgment (Docket
2  No. 18) on Plaintiff's retaliation claim is **DENIED**.
3  **FURTHER, IT IS ORDERED** that Defendant's Motion for Summary Judgment (Docket
4  No. 18)  is **GRANTED** in favor of TUSD on all other claims.
5      DATED this 26th day of February, 2007.

_____
Raner C. Collins
United States District Judge